UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
    vs.    )  Case No. 1:12CR00110 SNLJ
    )
MELVIN LEE APPLEWHITE,    )
    )
        Defendant.    )

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States

Magistrate Judge (#43) filed on April 8, 2013 be and is **SUSTAINED, ADOPTED** and

**INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and

Statements (#26) be **DENIED**.

Dated this 24th day of April, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE